IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a New Hampshire corporation,<br><br>                Plaintiff,<br>v.<br><br>CHRIS REILLY, JILL REILLY, and UNIVERSAL ROOFING OF ALASKA, INC., an Alaska corporation,<br><br>                Defendants. | No. 3:13-cv-00092-TMB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY FEES** |

      This matter came before the Court on Plaintiff's Motion for Award of Attorney Fees. The Court, having considered Plaintiff's Motion and supporting declaration, the Court finding good cause for award, no objection or other response being raised, and the Court being otherwise fully advised, it is hereby

      ORDERED that Plaintiff's Motion for Award of Attorney Fees is GRANTED and that Plaintiff is awarded its reasonable attorney fees in the amount of **$66,595.73** against Defendants Chris Reilly and Universal Roofing of Alaska, Inc.

      DATED this 7th of March, 2014.

                                          /s/ Timothy M. Burgess
                                          TIMOTHY M. BURGESS
                                          U.S. DISTRICT COURT JUDGE